**Brandon B. CRAIG, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, Respondent**

No. 804 MAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.